Mildred Novak, Appellant, v. Peter Novak, Appellee.
Gen. No. 46,749. (Abstract of Decision.)
First District, Third Division.
May 23, 1956.
Rehearing denied June 13, 1956.
Released for publication June 13, 1956.

Robert E. Dunne, for appellant; Schultz & Brunswick, for appellee; Joseph E. Brunswick, of counsel. Opinion by JUDGE KILEY. Not to be published in full.